

Leonid Litvin <llitvin@gmail.com>

## U.S. Bankruptcy Court, Eastern District of New York - Returned Mail Notice, In re: Hope Weil, Case Number: 13-45227, nhl, Ref: [p-60037946]

USBankruptcyCourts@noticingcenter.com             Mon, Sep 30, 2013 at 5:01 PM
<USBankruptcyCourts@noticingcenter.com>
To: llitvin@gmail.com

Notice of Returned Mail to Debtor/Debtor's Attorney

September 30, 2013

From: United States Bankruptcy Court, Eastern District of New York

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

    In re: Hope Weil, Case Number 13-45227, nhl

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

NOTE: THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by the court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

<u>**U.S. Bankruptcy Court**
**271-C Cadman Plaza East, Suite 1595**
**Brooklyn, NY 11201-1800**</u>

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

Wffnatlbnk
Po Box 94498
Las Vegas, NV 89193-4498

THE UPDATED ADDRESS IS:

P.O. Box 30086
Los Angeles, CA 90030-0086

_[signature]_            10/5/13

Signature of Debtor or Debtor's Attorney        Date